UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ERROL P. CROSSDALE,

    Plaintiff,

v.                                        Case No: 2:13-cv-617-FtM-38DNF

MICHAEL A. CROSSDALE, STACY BIANCO, JAMES BIANCO, PATRICIA CROSSDALE, LINDA WORTH and WORTH REALTY, LLC,

    Defendants.
_____/

### ORDER[1]

This matter comes before the Court on review of the file. Plaintiff Errol P. Crossdale is now *pro se* in this matter. Plaintiff filed a First Amended Complaint for Damages (Doc. #38) on December 9, 2013.

Under Fed. R. Civ. P. 15(a), a party may amend the party's pleading as a matter of course within twenty-one (21) days after serving it or if the pleading is one which a responsive pleading is required twenty-one (21) days after service of the responsive pleading or twenty-one (21) days after service of a motion under Rule 12(b), (e), or (f) whichever, is earlier. Fed. R. Civ. P. 15(a)(1). Otherwise, the party must seek leave of court or written consent of the adverse party in order to amend the pleading. Fed. R. Civ.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

P. 15(a)(2). Neither was done in this case. "The decision whether to grant leave to amend a complaint is within the sole discretion of the district court." Laurie v. Alabama Court of Criminal Appeals, 256 F.3d 1266, 1274 (11th Cir. 2001). As the deadline set by this Court to amend pleadings and add parties was January 8, 2014, the Court will allow Plaintiff to amend his complaint and accept the First Amended Complaint, as filed.[2]

As Defendants had previously filed motions to dismiss the original complaint, these will be denied as moot. Defendants have filed another Motion to Dismiss the First Amended Complaint (Doc. #42) and Plaintiff has filed a Response in Opposition (Doc. #43), which the Court will consider in due course.

Accordingly, it is now

**ORDERED:**

(1) The Court accepts Plaintiff's First Amended Complaint for Damages (Doc. #38).

(2) Defendants' Motion to Dismiss (Doc. #11) is **DENIED as moot**.

(3) Defendants' Supplemental Motion to Dismiss (Doc. #17) is **DENIED as moot**.

**DONE** and **ORDERED** in Fort Myers, Florida this 24th day of December, 2013.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record

---

[2] The Court is making no determination at this time as to the merit of Plaintiff's First Amended Complaint.