UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ERROL P. CROSSDALE,

    Plaintiff,

v.                             Case No:  2:13-cv-617-FtM-38DNF

MICHAEL A. CROSSDALE, STACY BIANCO, JAMES BIANCO, PATRICIA CROSSDALE, LINDA WORTH and WORTH REALTY, LLC.,

    Defendants.
_____/

## ORDER

This matter comes before the Court on review of the file.  The Court notes that the Parties were unable to meaningfully meet and confer regarding a choice of mediator in this matter given the short turnaround time to provide such information to the Court as directed in its previous Order (Doc. #46).  Each Party has submitted their separate proposals for their choice of mediator, but both Parties have agreed to mediate on April 4, 2014.  Therefore, the Court will allow the Parties additional time to meet and confer in an effort to reach a mutually agreeable mediator to mediate this matter on or before April 4, 2014.  The Parties shall inform the Court of their choice of mediator on or before March 4, 2014.  If the Parties fail to agree the Court will appoint a mediator of its choosing.

    Accordingly, it is now

    **ORDERED:**

On or before **March 4, 2014**, the Parties shall file a notice with the Court indicating the name, address, and telephone number of the mediator they have selected.

**DONE** and **ORDERED** in Fort Myers, Florida this 21st day of January, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record